# Court of Appeals
# of the State of Georgia

ATLANTA,  February 14, 2018

*The Court of Appeals hereby passes the following order:*

**A18A0959.  AMY BALTY et al. v. SOUTHERN MUTUAL INSURANCE COMPANY.**

Upon consideration of the Appellants' motion to withdraw appeal in the above styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/14/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*